# Yankwitt LLP

140 Grand Street · Suite 705 · White Plains · New York · 10601 · (914) 686-1500 phone · (914) 487-5000 fax · www.yankwitt.com

Russell M. Yankwitt
Kathy S. Marks
Dina L. Hamerman
*George C. Godfrey
Benjamin R. Allee

Craig M. Cepler
Michael H. Reed
Alicia A. Tallbe
Cassandra M. Vogel

*Not admitted in NY

November 26, 2019

**By ECF and Fax**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007
(212) 805-7949 (fax)

> *[Handwritten endorsement:]* It is reckless and inconsiderate of his own family to file a notice of appearance in a case with a set trial date when the attorney is unavailable. This is a self-inflicted wound. Application DENIED. SO ORDERED.
>
> /s/ Castel, USDJ
> 11-26-19

Re:   **United States v. Niket Jain,**
        **19 Cr. 59 (PKC)**

Dear Judge Castel,

I am substitute counsel for the defendant, Niket Jain, in the above-referenced action. I write to respectfully request a brief adjournment of the scheduled trial date of March 30, 2020. From April 3 to April 10, 2020, I will be away on a non-refundable family vacation, which coincides with my children's school break. I respectfully request an adjournment of the trial date of approximately four weeks, to on or about April 27, 2020, or thereafter. Alternatively, I request that the trial date be moved up, to a date that would ensure completion before April 3, but not earlier than March 18, as I have a trial in another matter beginning on March 2. I have conferred with AUSA Tara LaMorte regarding this request, and she consents, provided that any adjournment is not lengthy.

Thank you for your consideration.

Respectfully submitted,

YANKWITT LLP

By: _____
Benjamin Allee

cc:  Tara LaMorte, Esq. (by ECF and email)
     Vinoo Varghese, Esq. (by ECF and email)

{00124228 1 }