UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

19 cr 59(PKC)

-against-

ORDER

NIKET JAIN,

Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

Defendant Niket Jain moved for a bill of particulars and to suppress certain evidence. On November 7, 2019 the government wrote to the Court asking that the motion be stricken from the docket because it attached a sealed complaint and an affidavit referring to the content of the sealed complaint; it asked the motion be refiled under seal. The Court granted that application and Doc 28 was stricken from the docket; a docket entry states that the motion should be re-filed. There is no indication that the motion was re-filed nor any sealing application made. Thus, there is no motion pending at this time. If it was not defendant's intent to abandon the motion, then defendant should deliver or fax to Chambers a copy of the motion by December 3, 2019 and the Court will seal the motion and rule on its merits.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 27, 2019