# Yankwitt LLP

140 Grand Street · Suite 705 · White Plains · New York · 10601 · (914) 686-1500 phone · (914) 487-5000 fax · www.yankwitt.com

Russell M. Yankwitt
Kathy S. Marks
Dina L. Hamerman
*George C. Godfrey
Benjamin R. Allee

Craig M. Cepler
Michael H. Reed
Alicia A. Tallbe
Cassandra M. Vogel

*Not admitted in NY

December 3, 2019

**By ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007

> *Please state the purpose of the proposed conference.*
> *SO ORDERED*
> *[signed] /s/ P. Kevin Castel, USDJ*
> *12-4-19*

Re: **United States v. Niket Jain,**
    19 Cr. 59 (PKC)

Dear Judge Castel:

    I represent the defendant, Niket Jain, in the above-referenced matter. I write in response to the Court's orders of November 26 and 27, 2019 (docket ## 35, 36), and to respectfully request a conference with the Court. With respect to the Court's order denying my request to reschedule the trial, I apologize that my filing a notice of appearance in these circumstances reflected recklessness and inconsideration of my family, which was unintended.

    It is my understanding that AUSA Tara LaMorte is out of the office until December 10, 2019. Accordingly, as a I have a court appearance on another matter on December 10, 2019, I respectfully request that if the Court grants this request for a conference, that this conference be scheduled for the Court's earliest convenience after December 10.

    Separately, with respect to the Court's Order regarding re-filing of a motion made by Mr. Jain's other counsel, we are faxing a copy of their motion to the Court under separate cover today.

December 3, 2019
Page 2 of 2
Honorable P. Kevin Castel



       I thank the Court for its consideration of this request.

                                        Respectfully submitted,
                                        YANKWITT LLP

                              By: _____
                                        Benjamin Allee

cc:  Tara LaMorte, Esq. (by ECF)
      Vinoo Varghese, Esq. (by ECF)