# Varghese & Associates, P.C.

2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

December 12, 2019

VIA ECF
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States of America v. Niket Jain*
      19 cr. 59 (PKC)

Dear Judge Castel:

*[Handwritten annotation: Application DENIED. The Court needs to hear from Mr. Allee and Mr. Jain before it can grant the application. SO ORDERED. [signature], USDJ 12-13-19]*

Pursuant to Local Civil Rule 1.4, I write this letter to respectfully request that the Court relieve my firm and me as prior counsel from representation of Mr. Jain and to excuse our appearance at the upcoming court conference on December 19, 2019 at 12:30 pm. The bases for these requests are that Mr. Jain made clear to us that he no longer wished our representation, that Mr. Benjamin Allee was taking over, and that I am scheduled to be in a different courthouse at the same time as next week's conference.

On November 22, 2019, via email, Mr. Jain informed us that we no longer represented him and that Mr. Allee and Yankwitt LLP were his new counsel.[1] Mr. Allee then informed the Court of the same when he filed his notice of appearance (Dkt. 33) and a letter indicating he was "substitute" counsel (Dkt. 34).[2] Subsequently, there were multiple telephonic and written communications between Mr. Allee and our office regarding files and the work of the digital forensic team that we had retained to evaluate the government's discovery. We have previously detailed our forensic team's work to the Court (Dkt. 26).

---

[1] If the Court requires, we will provide specific details of Mr. Jain's communications to us but would need to do so ex parte.

[2] Mr. Allee made his appearance here as substitute counsel without utilizing a stipulation of substitution, as described in the Committee Note to Local Civil Rule 1.4 on pages 11-12. Thus, I am required to make this request in this manner.

The Honorable P. Kevin Castel
*United States of America v. Niket Jain*
19 cr. 59 (PKC)
December 12, 2019
Page 2 of 2

     Finally, prior counsel is required to be in a different courthouse at the same time as the conference here. The judge in that matter had set that appearance before the Court fixed the date here.[3] We thank the Court for consideration of our requests to be relieved and to excuse our appearance for next week.

                                                Respectfully submitted,

                                                VARGHESE & ASSOCIATES, P.C.

                                                /s/
                              By:    Vinoo P. Varghese

                                                *Counsel for Niket Jain*

cc:    Mr. Niket Jain via email
       Assistant United States Attorney Tara La Morte via ECF
       Mr. Benjamin Allee, Esq. via ECF

---

[3] If the Court requires, I will provide details of the other court appearance, ex-parte.