# Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

December 17, 2019

VIA ECF
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States of America v. Niket Jain*
      19 cr. 59 (PKC)

Dear Judge Castel:

Last week, I made a dual request to be relieved as counsel and to excuse my appearance for the Thursday, December 19, 2019 conference as I have a conflict with another court appearance (Dkt. 42). The Court denied the application to be relieved (Dkt. 43) citing the need to speak to Messrs. Alee and Jain before granting the application but did not address my request to be excused from appearing on Thursday.

As indicated in that letter, the judge in that matter had set that appearance before the Court fixed the date here.[1] I respectfully request the Court to excuse my appearance for the Thursday conference here.

Respectfully submitted,

VARGHESE & ASSOCIATES, P.C.

/s/
By:   Vinoo P. Varghese

cc:   Mr. Niket Jain via email
      Assistant United States Attorney Tara La Morte via ECF
      Mr. Benjamin Allee, Esq. via ECF

---

[1] If the Court requires, I will provide details of the other court appearance, ex-parte.

---

**Handwritten endorsement by the Court:**

Mr. Allee is not available to try the case and Mr. Jain despite the Court's guidance has not retained alternate trial counsel. Mr. Varghese remains counsel of record and is thus an essential participant in any conference. Mr. Varghese should make his offered submission on the "other court appearance." If he makes a satisfactory demonstration, I will adjourn the conference to December 20 at 2 p.m.

SO ORDERED
[signature] P. Kevin Castel, USDJ
12-17-19