# Varghese & Associates, P.C.

2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

January 10, 2020

VIA ECF
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

1-22-20

Re:   *United States of America v. Niket Jain*
      19 cr. 59 (PKC)

Dear Judge Castel:

On December 18, 2019, the Court advised me that I would need to remain on the case until Mr. Jain retained new counsel to replace Mr. Allee. As the Court has now granted Mr. Weinstein's motion to enter the case as substitute counsel (Dkt. 53), I request that the Court now grant my earlier motion for withdrawal (Dkt. 42).

We thank the Court for its consideration.

Respectfully submitted,

VARGHESE & ASSOCIATES, P.C.

                    /s/
By:   _____
      Vinoo P. Varghese

cc:   Mr. Niket Jain via email
      Assistant United States Attorney Tara La Morte via ECF
      Mr. Benjamin Allee, Esq. via ECF
      Mr. Paul Weinstein, Esq. via ECF