UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                      -against-

NIKET JAIN,

                           Defendant.
-----------------------------------------------------------x

19-cr-59 (PKC)

OPINION
AND ORDER

CASTEL, U.S.D.J.

        Conference is scheduled for February 26, 2020 at 3:00 p.m. Mr. Jain is welcome to invite Mr. Allee to attend for discussion of a new trial date.

        SO ORDERED.

                                                          P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
       February 20, 2020