UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
United States of America,

                                19 CR 59 (PKC)

      -against-

                                <u>ORDER</u>

Niket Jain,
                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Margaret Shalley, Esq., is provisionally appointed CJA counsel for the defendant Niket Jain for an issue of possible conflict. There will be a conference on March 3, 2020 at 2:00 p.m.

       SO ORDERED.

                                     P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
        February 26, 2020