UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
United States of America,

             19 CR 59 (PKC)

  -against-

             ORDER

Niket Jain,
      Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

  Order (DE 69) is VACATED. William J. Harrington, Esq., is provisionally appointed CJA counsel for the defendant Niket Jain for an issue of possible conflict. There will be a conference on March 3, 2020 at 2:00 p.m.

  SO ORDERED.

             _____
               P. Kevin Castel
              United States District Judge

Dated: New York, New York
    February 28, 2020