UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   19-cr-59 (PKC)

-against-

                                                   ORDER

NIKET JAIN,

                   Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

A teleconference is scheduled for Wednesday, April 15, 2020 at 11:00 a.m. regarding the government's March 19, 2020 discovery request. (Doc. 75). The call-in information for this teleconference is:

       <u>Dial-in</u>:     (888) 363-4749

       <u>Access Code</u>:  3667981

SO ORDERED.

                                                 P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       April 7, 2020