

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

    Re:    <u>United States v. Niket Jain,</u> No. 19 Cr. 59 (PKC)

Dear Judge Castel:

    We write respectfully to follow up on the Government's letters dated May 13, 2020, Dkt. No. 114, and May 27, 2020, Dkt. No. 117.

    As described in those letters, the Government's Investigative Team has spoken repeatedly with the Information Technology specialists regarding uploading the contents of the Devices to the Review Platform. IT successfully uploaded the data with the contents of the Devices to the Review Platform on June 24, 2020. As described in the Government's May 13 Letter, and as contemplated by the Court at the May 6 conference, the Government's Filter Team has begun to review the documents identified by Individual-1 as privileged on the privilege log submitted by Individual-1's counsel on April 24 (those documents have been sequestered so that the investigative team cannot access them). The Government's Filter Team has been in communication with counsel for Individual-1, and will begin to compile the memorandum described in the May 13 letter. The Filter Team has advised that they are still attempting to finalize that memorandum by late July, and will update the Investigative Team if it will not be able to do so by then. The Investigative Team will inform the Court of the Filter Team's progress.

The Government is happy to answer any questions the Court may have.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

by: /s_____
        Samuel Raymond / Tara M. La Morte
        Assistant United States Attorneys
        (212) 637-6519

Case 1:19-cr-00059-PKC   Document 118   Filed 07/09/20   Page 2 of 2

Page 2