UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                        19-cr-59 (PKC)

      -against-

                                                                                                         ORDER

NIKET JAIN,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      Subject to the outcome of the pending motions, jury selection will commence on November 23, 2020 at 10 a.m. in the Jury Assembly Room of 500 Pearl Street.  Testimony will begin on November 30, 2020 at 10 a.m.

      SO ORDERED.

                                                                         P. Kevin Castel
                                                              United States District Judge

Dated: New York, New York
          September 2, 2020