UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                              19-cr-59 (PKC)

     -against-

                                                                                              ORDER

NIKET JAIN,

                             Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       Let the government show cause in writing by September 16, 2020 why the two letters from AUSA Anden Chow, dated August 18, 2020 and September 11, 2020, respectively, ought not be filed on the public docket. Alternatively, the government may file copies of these letters and their exhibits to the public docket by September 16, 2020.

       Further, let the defendant, government, and any interested person show cause in writing by September 25, 2020 why the documents listed on the Exhibit to the Chow letter of September 11, 2020 with a "Yes" (whether qualified or not) in the "Otherwise Subject to Disclosure" column ought not be produced either promptly if Rule 16 material or on the schedule for production of 3500 material if <u>Giglio</u>/3500 material. Those documents listed in the "Otherwise Subject to Disclosure" column with a "No" (whether qualified or not) shall be produced to the Court for in camera review by September 25, 2020.

       SO ORDERED.

                                                                     P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
        September 14, 2020