UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    19-cr-59 (PKC)


         -against-
                                                    ORDER

NIKET JAIN,

                        Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        A telephonic conference is scheduled for October 15, 2020 at 5:00 p.m.  The

call-in information for this teleconference is:

        Dial-in:        (888) 363-4749

        Access Code:   3667981


        SO ORDERED.


                                        _____
                                            P. Kevin Castel
                                        United States District Judge


Dated:  New York, New York
        October 7, 2020