**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2020

**BY ECF and EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Niket Jain*, 19 Cr. 59 (PKC)

Dear Judge Castel:

    The Government, with the consent of defense counsel, writes respectfully to inform the Court that the parties have agreed upon a disposition of this case, contingent upon the Court's decision on the defendant's motion to dismiss the Indictment, Dkt. Nos. 73, 82, 127. The agreement reached by the parties on the disposition of this matter would be effective if the Court were to deny the defendant's motion to dismiss, and the agreement would be void if the Court were to grant the motion.

    Therefore, because this case will not proceed to trial, the Government and defense counsel respectfully request that all trial deadlines and the trial date be suspended without date.

*Application granted.*
*SO ORDERED.*
*USDJ*
*10-13-20*

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

by:        /s/
     Samuel L. Raymond / Tara M. La Morte
     Assistant United States Attorneys
     (212) 637-6519 / 1041