UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                      19 CR 59 (PKC)

      -against-                                                ORDER

Niket Jain,

                       Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        A plea is scheduled for October 27, 2020 at 2:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
           October 16, 2020