UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                       19-cr-59 (PKC)

       -against-

                                                                                   ORDER

NIKET JAIN,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       A conference in this matter will proceed on October 27, 2020 at 2:00 p.m. in Courtroom 11D. To facilitate access to the Courthouse on the day of the conference, follow the instructions attached to this Order. Remote public access to this proceeding is available through the following call-in information:

        <u>Dial-in</u>:      (888) 363-4749

        <u>Access Code</u>:  3667981

       SO ORDERED.

                                                         P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       October 21, 2020

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.