UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                             19 CR 59 (PKC)

               -against-                                                     ORDER

NIKET JAIN,

                             Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Sentencing of Niket Jain originally scheduled for January 6, 2021 is adjourned to January 19, 2021 at 2:30 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

       SO ORDERED.

                                                          P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
           December 22, 2020