UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    19-cr-59 (PKC)

                    -against-
                                                      ORDER
NIKET JAIN,

                              Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant seeks a recommendation from this Court to the Bureau of Prisons that

on his surrender date he be released to home confinement for the remainder of his sentence.  That

application is DENIED.

        The Court will adjourn his surrender date from January 11, 2022 to April 12,

2022.  On or before 2 pm on April 12, 2022, Niket Jain shall surrender to the institution

designated by Bureau of Prisons and, if none is designated, then to the United States Marshal for

this District.   He shall present a copy of this Order together with the Judgment of Conviction at

the time of his surrender.

                SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
        January 5, 2022